# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 7095                                          Date Filed: 8/9/2007

Plaintiff:
**Thomas E. Lyons and Celeste M. Lyons,**
vs.
Defendant:
**Lancer Insurance Company,**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **Lancer Insurance Company c/o New York State Insurance Department, Office of General Counsel, One Commerce Plaza, Albany, NY 12257**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **5th day of September, 2007** at **9:55 am, I:**

Served the within named agency by delivering a true copy of the **Summons in a Civil Action, Complaint and Exhibits, Individual Practices of Kenneth M. Karas, Individual Practices Magistrate Judge Mark D. Fox and Procedures, Instructions and Guildlines for Electronic Case Filing and a svc. fee check in the amount of $40.00** to Patrick Harrigan as Attorney of the within named agency, who advised Deponent that they are authorized to accept service of said legal documents

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 5th day
of September, 2007 by the affiant who is personally
known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
Qualified in Albany County
Commission Expires Feb 23, 2010

J.R. O'Rourke
Process Server

Rondout Legal Services
P.O. Box 4115
Kingston, NY 12402
Job # 0710853

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

........................................................................................................

Thomas E. Lyons and Celeste M. Lyons                                                07 CIV. 7095
                       against                           Plaintiff(s)

Lancer Insurance Company

                                                  Defendant(s)

........................................................................................................

RE :  Lancer Insurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on September 5, 2007 at Albany, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Edward J. Carroll, Esq.
    2733 Route 209
    Kingston, New York 12401

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

    John A. Petrilli
    Lancer Insurance Company
    370 West Park Avenue
    Long Beach, New York  11561-3292

*Salvatore Castiglione* (signature)

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, September 05, 2007
419563        C.A.#187135