UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thomas E. Lyons and Celeste M. Lyons,<br><br>　　　　　　　Plaintiff.<br><br>　-v-<br><br>Lancer Insurance Company,<br>　　　　　　　Defendant. | Case No. 07 Civ. 7095 (KMK)<br><br>ORDER SETTING<br>PRE- MOTION CONFERENCE |

KENNETH M. KARAS, District Judge:

　　　The Court hereby ORDERS that the parties appear for a pre-motion conference in this case. The conference shall be held on Friday, October 26, 2007 at 10:30 a.m. in the United States Courthouse for the Southern District of New York, Courtroom 521, 300 Quarropas Street, White Plains, New York.

SO ORDERED.

Dated:　　October 3, 2007
　　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KENNETH M. KARAS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```