LAW OFFICES OF CURTIS, VASILE P.C.
ATTORNEYS AT LAW

REID A. CURTIS (1911-1987)
ROY W. VASILE
MICHAEL G. MEHARY
DOMINICK A. PICCININNI, JR.
MICHAEL J. DORRY

PATRICIA M. D'ANTONE
PATRICIA M. MACKRETH
COUNSEL

JOHN D. COVILLE
MICHAEL V. GENOVESE, M.D.
OF COUNSEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

2174 HEWLETT AVENUE
MERRICK, NEW YORK 11566-0801

516-623-1111
FAX 516-623-0758

PLEASE ADDRESS ALL MAIL TO
POB 801, MERRICK, NY 11566-0801

December 7, 2007

**MEMO ENDORSED**

Law Office of Edward J. Carroll
2733 Route 209
Kingston, NY 12401

By Fax Only:   845-338-5975

Att:   Suzanne Downie
       Secretary

Re:    Lyons v. Lancer Insurance
Index: 07-CV-7095

Dear Ms. Downey:

   I am sorry to hear about Mr. Carroll; I hope all goes well for him. Of course, you have my consent to adjourn the motion; but an adjournment of only one week is impracticable.

   First, Mr. Carroll may require more time in the hospital, and even if he is discharged on Monday, I doubt he will want to rush right back to work. Moreover, from a more selfish perspective, my reply date will be pushed into the middle of my Christmas vacation. All in all, therefore, it appears to me that it would be better to ask the court to adjourn this motion into January.

   As we agreed, I placed a call to chambers, and as soon as I hear, I will be in touch with you. Wish Mr. Carroll my best.

MICROFILM
DEC 11 2007
USDC SD NY WP

cc by fax:    Hon. Kenneth M. Karas
              Att: Eric
              914-390-4152

Very truly yours,

Roy W. Vasile
Ext. 224
Rvasile@cvdm.com



The new schedule is as follows. Plaintiff's response papers are due January 4, 2008; Defendant's reply by January 18, 2008.

SO ORDERED

KENNETH M. KARAS U.S.D.J.