EXHIBIT 9

Case 7:07-cv-07095-KMK    Document 8-9    Filed 01/23/2008    Page 1 of 9

COUNSELORS:

PLEASE TAKE NOTICE that the within is a true copy of an Judgment duly entered in the Office of the Clerk of the within named Court on July 29, 2003.

Dated: Merrick, New York
August 1, 2003

Yours, etc.

CURTIS, VASILE, DEVINE & McELHENNY

By _____
ROY W. VASILE
Attorneys for Plaintiff Lancer Insurance Company
2174 Hewlett Avenue
PO Box 801
Merrick, NY 11566-0801
(516) 623-1111

TO: Andrew C. Risoli, Esq.
Attorney for Defendant T.F.D. Bus Co.
484 White Plains Road
Eastchester, NY 10709

Edward J. Carroll, Esq.
Attorney for Defendant Thomas E. Lyons
2733 Route 209
Kingston, NY 12401

Milber, Makris, Plousadis & Seiden, Esqs.
Attorneys for Defendant Celeste Lyons
990 Stewart Avenue
Suite 600
Garden City, NY 11530

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NASSAU     )

PATRICIA FITZGERALD, being duly sworn, deposes and says that she served the attached Order with Notice of Entry upon the above-listed individuals by mail on this date

in compliance with CPLR §2103(b)2.

Sworn to before me this
____ day of August, 2003

_____
NOTARY PUBLIC

_____
PATRICIA FITZGERALD

BARBARA J. GILMOR
Notary Public, State of New York
Reg. NO. 01GI6060592
Qualified in Nassau County
My Comm. Expires June 25, 20___

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------X
LANCER INSURANCE COMPANY,

                          Plaintiff,

-against-

T.F.D. BUS CO., INC., MICHAEL A. THOMAS,
THOMAS E. LYONS and CELESTE LYONS,
                          Defendants.
-----------------------------------------------------------------X

**JUDGMENT NOTICED FOR SETTLEMENT WITH BILL OF COSTS**

Cal. No. 2002H1541
Index No. 7146/99

    The issues in the above-entitled declaratory judgment action having duly come on for trial before the Hon. Justice Kenneth A. Davis and a jury, at a Trial Term, Part 11, of this court, held at the courthouse thereof, located at 100 Supreme Court Drive, Mineola, New York, on the 9th, 12th, 13th, 14th, 15th and 16th days of May, 2003; and the plaintiff Lancer Insurance Company having appeared by its attorneys Curtis, Vasile, Devine & McElhenny, 2174 Hewlett Avenue, Merrick, New York 11566, by Roy W. Vasile, of counsel; and the defendant T.F.D. Bus Co., Inc. having appeared by its attorney Andrew C. Risoli, 484 White Plains Road, Eastchester, New York 10709; and the defendant Thomas E. Lyons having appeared by his attorney Edward J. Carroll, 2733 Route 209, Kingston, New York 12401; and the defendant Celeste Lyons having appeared by her attorneys Milber, Makris, Plousadis & Seiden, 990 Stewart Avenue, Suite 600, Garden City, New York 11530, by John P. Grisafi, of counsel; and the issues having been duly tried; and the jury having rendered a verdict on the 14th day of May, 2003, in favor of the plaintiff and against the defendants; and the court having denied defendants' motions after due deliberation, and having ruled on the basis of the jury's verdict that there is no coverage under plaintiff's policy:

NOW, on motion of Curtis, Vasile, Devine & McElhenny, attorneys for the plaintiff, 2174 Hewlett Avenue PO Box 801 Merrick NY 11566-080, it is

~~ORDERED,~~ ADJUDGED, ~~DECLARED AND DECREED~~, that there is no coverage under a business automobile liability policy, number BA121448, issued by Lancer Insurance Company to T.F.D. Bus Co., Inc. for any claims, allegations, losses, costs expenses or judgments asserted by Thomas E. Lyons and Celeste Lyons against T.F.D. Bus Co., Inc. and Michael A. Thomas as a result of an automobile accident which is claimed to have occurred on February 14, 1989; and it is further

~~ORDERED,~~ ADJUDGED, ~~DECLARED AND DECREED~~, that Lancer Insurance Company has no duty to defend or indemnify T.F.D. Bus Co., Inc. or Michael Thomas in connection with a certain action brought against them by Thomas A. Lyons and Celeste Lyons in the Supreme Court, Westchester County, under Index number 14941/92; and it is further

~~ORDERED,~~ ADJUDGED ~~AND DECREED,~~ that all of the counterclaims asserted by each of the defendants in there respective answers and/or amended answers be and the same hereby are dismissed; and it is further

ADJUDGED, that plaintiff Lancer Insurance Company residing at 370 W Park Ave Long Beach NY 11561 recover from defendant Thomas E. Lyons, residing at 38 Moulton Avenue, Dobbs Ferry, New York 10522 and defendant Celeste Lyons, residing at 4 Cross Road, Ardsley, New York 10502, costs and

disbursements in the sum of $2864.72, as taxed by the Clerk of the Court; and that the plaintiff have execution therefor.

ENTER:

July 29 2003

Karen V Murphy
Clerk of the court

SUPREME COURT
COUNTY OF NASSAU

LANCER INSURANCE COMPANY,

                                                            *Plaintiff(s)*

                against

T.F.D. BUS CO., INC., MICHAEL A. THOMAS,
THOMAS E. LYONS AND CELESTE LYONS,

                                               *Defendant(s)*

**Costs of** PLAINTIFF
LANCER INSURANCE COMPANY

Copyright 1993 by Julius Blumberg, Inc.
Publisher, NYC 10013

### COSTS

| Item | $ | |
|---|---|---|
| Costs before note of issue CPLR §8201 subd. 1 | 200 | 00 |
| Costs after note of issue CPLR §8201 subd. 2 | 200 | 00 |
| Trial of issue CPLR §8201 subd. 3 | 300 | 00 |
| Allowance by statute CPLR §8302(a), (b) | | |
| Additional allowance CPLR §8302 (d) | | |
| Motion costs CPLR §8202 | | |
| Appeal to Appellate Term CPLR §8203 (b) | | |
| Appeal to Appellate Division CPLR §8203 (a) | 250 | 00 |
| Appeal to Court of Appeals CPLR §8204 | | |
| Costs upon frivolous claims and counterclaims CPLR §8303-a | | |

### DISBURSEMENTS

| Item | $ | |
|---|---|---|
| Fee for index number CPLR §8018(a) | 170 | 0 |
| Referee's fees CPLR §8301(a)(1), 8003(a) (P. DeFilippi) | 1000 | 0 |
| Commissioner's compensation CPLR §8301(a)(2) | | |
| Clerk's fee, filing notice of pend. or attach. CPLR §8021(a)(10) | | |
| Entering and docketing judgment CPLR §8301(a)(7), 8016(a)(2) | | |
| Paid for searches CPLR §8301(a)(10) | | |
| Affidavits & acknowledgments CPLR §8009 | | |
| Serving copy summons & complaint CPLR §8011(h)(1), 8301(d) | | |
| Request for judicial intervention | | |
| Note of issue CPLR §8020(a) | 25 | 00 |
| Paid referee's report CPLR §8301(a)(12) | | |
| Certified copies of papers CPLR §8301(a)(4) | | |
| Satisfaction piece CPLR §5020(a), 8021 | | |
| Transcripts and filing CPLR §8021 | | |
| Certified copy of judgment CPLR §8021 | | |
| Postage CPLR §8301(a)(12) | | |
| Jury fee CPLR §8020(c) | 50 | 00 |
| Stenographers' fees CPLR §8002, 8301 | | |
| Sheriff's fees on execution CPLR §8011, 8012 | | |
| Sheriff's fees, attachment, arrest, etc. CPLR §8011 | | |
| Paid printing cases CPLR §8301(a)(6) App. Brief | 419 | 72 |
| Clerk's fees Court of Appeals CPLR §8301(a)(12) | | |
| Paid copies of papers CPLR §8016(a)(4) | | |
| Motion expenses CPLR §8301(b) | | |
| Fees for publication CPLR §8301(a)(3) | | |
| Serving subpoena CPLR §8011(h)1, 8301(d) | | |
| Paid for Search CPLR §8301(a)(10) | | |
| Examination Before Trial Transcripts (CPLR 8301(a)(9)) | 250 | 00 |
| Referee's report | | |
| Attendance of witnesses CPLR §8001(a)(b)(c), 8301(a)(1) | | |

Adjusted at $2864.72

Costs this 29 day of July 2013

Karen V. Murphy
Clerk, Nassau County

| | | |
|---|---|---|
| COSTS | $ 950 | 00 |
| DISBURSEMENTS | 1914 | 72 |
| TOTAL | $ 2864 | 72 |
| | $ 1914 | 72 |

STATE OF NEW YORK, COUNTY OF Nassau ss.

ATTORNEY'S AFFIRMATION

The undersigned, an attorney admitted to practice in the courts of this state, affirms: that I am a member of Curtis, Vasile, Devine & McElhenny the attorney(s) of record for the Plaintiff in the above entitled action; that the foregoing disbursements have been or will necessarily be made or incurred in this action and are reasonable in amount and that each of the persons named as witnesses attended as such witness on the trial, hearing or examination before trial herein the number of days set opposite their names; that each of said persons resided the number of miles set opposite their names from the place of said trial, hearing or examination; and each of said persons, as such witness as aforesaid, necessarily traveled the number of miles so set opposite their names in traveling to, and the same distance in returning from, the same place of trial, hearing or examination; and that copies of documents or papers as charged herein were actually and necessarily obtained for use.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: June 20, 2003

ROY W. VASILE



FILED JUL 29 2003

Index No.

COURT
COUNTY OF

Plaintiff(s)

against

Defendant(s)

**Bill of Costs and Notice of Taxation**

Please Take Notice that the within is a true copy of the items of costs and disbursements in the within action taxed* and that the same will be taxed* by the Clerk of Court, at his/her office in the courthouse thereof on _____ at _____ M. of that day—and the amount inserted in the judgment.

Yours, etc.

Attorney(s) for

To

Attorney(s) for

Service of the within bill of costs and notice of taxation is hereby admitted on

Attorney(s) for

* Strike out one (CPLR §8402, 8403)

State of New York, County of _____ ss.:

being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at _____. That on _____ deponent served the within bill of costs and notice of taxation on _____ attorney(s) for _____ herein, at his/her office at _____ during his/her absence from said office strike out either (a) or (b)
(a) by then and there leaving a true copy of the same with his/her clerk; partner; person having charge of said office.
(b) and said office being closed, by depositing a true copy of same, enclosed in a sealed wrapper directed to said attorney(s), in the office letter drop or box.

Sworn to before me on

State of New York, County of _____ ss.:

being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at _____. That on _____ deponent served the within bill of costs and notice of taxation on _____ attorney(s) for _____ at _____ the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in—a post office—official depository under the exclusive care and custody of the United States Postal Service within New York State.

Sworn to before me on

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NASSAU     )

PATRICIA FITZGERALD, being duly sworn, deposes and says:

That deponent is not a party to the within action, is over eighteen (18) years of age and resides in Merrick, New York.

That on the 9th day of November, 2007 deponent served the within

NOTICE OF MOTION, AFFIDAVIT IN SUPPORT WITH SUPPORTING EXHIBITS, MEMORANDUM OF LAW

upon the following attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in post office box under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:  Edward J. Carroll, Esq.
     Attorney for Plaintiffs
     2733 Route 209
     Kingston, NJ 12401
     By Mail and
     Fax: 914-338-5975

_____
PATRICIA FITZGERALD

Sworn to before me this
9th day of November, 2007

_____
NOTARY PUBLIC

JOANN McDERMOTT
Notary Public, State of New York
No. 4795263
Qualified in Nassau County
Commission Expires July 31, 20__