UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THOMAS E. LYONS and CELESTE M. LYONS,

                Plaintiffs,        AFFIDAVIT OF SERVICE

-against-                              Civil Action Case No.
                                        07-CV-7095 (KMK)(MDF)

LANCER INSURANCE COMPANY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK)
COUNTY OF ULSTER  ) ss.:

    SUZANNE DOWNIE, being duly sworn, deposes and says:

    1. That I am not a party to the above entitled action, am over the age of 18 years and reside in Olivebridge, New York.

    2. That on the 4th day of January, 2008, I served a true copy of the annexed Memorandum of Law in Opposition to Defendant's Motion to Dismiss by transmitting the same to counsel for the defendant by electronic means to the telephone number or other station or other limitation designated by counsel for the defendant for that purpose (1-516-623-0758). In doing so, I received a signal from the equipment of the counsel for the defendant indicating that the transmission was received, and mailed a copy of same in a sealed envelope with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

                Law Offices of Curtis, Vasile, P.C.
                Att: Roy W. Vasile, Esq.
                2174 Hewlett Avenue
                P.O. Box 801
                Merrick, New York  11566

                                              SUZANNE DOWNIE

Sworn to before me this 4th
day of January, 2008.

                              Debra L. Leacock
                              Notary Public, State of New York
                              Qualified in Ulster County
                              Commission Expires January 14, 2011
NOTARY PUBLIC